FILE COPY

No. 07-25-00088-CR

| | | |
|---|---|---|
| LaCharles Curtis<br>   Appellant | § | From the 364th District Court<br>   of Lubbock County |
| | § | |
| v. | | October 8, 2025 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion by Justice Yarbrough |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 8, 2025, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o